UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

IN RE:  CASE NO.: 22-50415
CHAPTER 7

Henry Harold Pittman,
   Debtor.

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

   Robertson, Anschutz, Schneid, Crane &
   Partners, PLLC
   Attorney for Secured Creditor
   13010 Morris Road, Suite 450
   Alpharetta, GA 30004
   Telephone: 470-321-7112
   Facsimile: 404-393-1425

   By: /s/Francisco Cardona
      Francisco Cardona
      Email: fcardona@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 18, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

HENRY HAROLD PITTMAN
105 LARSON COURT
NEWPORT NEWS, VA 23602

And via electronic mail to:

BEDI LEGAL, P.C.
1305 EXECUTIVE BLVD., SUITE 110
CHESAPEAKE, VA 23320

DAVID R. RUBY
THOMPSON MCMULLAN, P.C. 100 SHOCKOE SLIP, THIRD FLOOR
RICHMOND, VA 23219

MATTHEW W. CHENEY
OFFICE OF THE U.S. TRUSTEE, REGION 4 -NN 200 GRANBY STREET, ROOM 625
NORFOLK, VA 23510

By: /s/ Angela Gill