## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
**Newport News Division**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Henry H. Pittman | ) | Case No. 22-50415-SCS |
| | ) | Chapter 7 |
| Debtor. | ) | |

### ORDER APPROVING EMPLOYMENT OF REAL ESTATE AGENT

This matter comes before the Court on the *Trustee's Application to Employ Real Estate Agent* (Doc. 156) (the "**Application**") filed by David R. Ruby, Chapter 7 trustee (the "**Trustee**") for the bankruptcy estate of Henry H. Pittman (the "**Estate**").

The Application was filed pursuant to § 327 of the United States Bankruptcy Code (the "**Code**") and Fed. R. Bankr. P. 2014. In the Application, the Trustee requests the Court to authorize the Trustee to employ Evelyn C. Wilby of Reliance Realty, Inc., Newport News, Virginia (the "**Agent**") to serve as the Trustee's real estate agent to sell the residential real property located at 105 Larson Court, Newport News, VA 23602 (the "**Estate Property**") and to provide evaluation, listing, promotion, marketing, advertising, sales and related services in connection with the Estate Property (collectively, the "**Services**").

The Application was accompanied by the Agent's Declaration, a proposed Order and Notice of Application.

The time within which responses may be filed expired on July 7, 2025. No objections, responses or requests for a hearing have been filed.

_____
David R. Ruby, Esquire (VSB# 22703)
Chapter 7 Trustee
*Thompson*McMullan, P. C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 698-6220
Facsimile: (804) 780-1813
Email: druby@t-mlaw.com

The Application, Declaration and proposed Order have been reviewed on behalf of the United States Trustee, who has no objection to the relief requested.

UPON DUE CONSIDERATION AND FOR GOOD CAUSE SHOWN,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

1.      Pursuant to the Agent's Declaration, the Agent appears to be disinterested, does not represent or hold any interest adverse to the Estate and does not have any connection with the Debtor, creditors or any party in interest or their respective attorneys and accountants or the United States Trustee or any other person employed in the Office of the United States Trustee, except as disclosed in the Application and the Declaration and as follows, which the Court finds to be acceptable:  The Agent has been employed and currently is by the Trustee to perform similar services in other bankruptcy cases on behalf of other bankruptcy estates, and the Trustee plans to continue to employ the Agent in the future.

2.      The Application is hereby approved.

3.      The Trustee is authorized to employ the Agent to perform the Services on a four percent (4%) commission basis, subject to further Order of this Court authorizing the sale of the Estate Property and the payment of commissions.

4.      The Trustee is authorized to execute such documents and agreements and to take such action as the Trustee shall deem necessary or appropriate in connection with the employment of the Agent, including the execution of a listing agreement.

Date: _____
     Jul 9 2025

/s/ Stephen C St-John
_____
Stephen C. St. John, Judge
United States Bankruptcy Court
   for the Eastern District of Virginia


Entered on Docket: _____
     Jul 9 2025

**WE ASK FOR THIS:**

   _/s/ David R. Ruby_____
David R. Ruby, Chapter 7 Trustee


**SEEN AND NO OBJECTION:**

Office of the United States Trustee

By: ___/s/ Nicholas S. Herron_____      (permission to affix electronic signature granted by email 07-09-25)
    Nicholas S. Herron
    Trial Attorney

Office of the United States Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, Virginia 23510


### Certification of Compliance with Local Rule 9022-1(C)

     Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing Order has been served on and/or signed by all necessary parties.

                _/s/ David R. Ruby_____
                David R. Ruby

## PARTIES TO RECEIVE COPIES

Nicholas S. Herron, Esquire
Office of the U.S. Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, VA 23510

David R. Ruby, Esquire
*Thompson*McMullan, P. C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219

Ms. Evelyn C. Wilby
Reliance Realty, Inc.
703 Thimble Shoals Boulevard, C4
Newport News, Virginia 23606