**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Henry H. Pittman ) | Case No. 22-50415-SCS |
| ) | Chapter 7 |
| Debtor. ) | |

### ORDER APPROVING EMPLOYMENT OF REAL ESTATE AGENT

This matter comes before the Court on the *Trustee's Application to Employ Real Estate Agent* (Doc. 156) (the "**Application**") filed by David R. Ruby, Chapter 7 trustee (the "**Trustee**") for the bankruptcy estate of Henry H. Pittman (the "**Estate**").

The Application was filed pursuant to § 327 of the United States Bankruptcy Code (the "**Code**") and Fed. R. Bankr. P. 2014. In the Application, the Trustee requests the Court to authorize the Trustee to employ Evelyn C. Wilby of Reliance Realty, Inc., Newport News, Virginia (the "**Agent**") to serve as the Trustee's real estate agent to sell the residential real property located at 105 Larson Court, Newport News, VA 23602 (the "**Estate Property**") and to provide evaluation, listing, promotion, marketing, advertising, sales and related services in connection with the Estate Property (collectively, the "**Services**").

The Application was accompanied by the Agent's Declaration, a proposed Order and Notice of Application.

The time within which responses may be filed expired on July 7, 2025. No objections, responses or requests for a hearing have been filed.

---

David R. Ruby, Esquire (VSB# 22703)
Chapter 7 Trustee
*Thompson*McMullan, P. C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 698-6220
Facsimile: (804) 780-1813
Email: druby@t-mlaw.com

The Application, Declaration and proposed Order have been reviewed on behalf of the United States Trustee, who has no objection to the relief requested.

UPON DUE CONSIDERATION AND FOR GOOD CAUSE SHOWN,

THE COURT HEREBY FINDS AND ORDERS AS FOLLOWS:

1. Pursuant to the Agent's Declaration, the Agent appears to be disinterested, does not represent or hold any interest adverse to the Estate and does not have any connection with the Debtor, creditors or any party in interest or their respective attorneys and accountants or the United States Trustee or any other person employed in the Office of the United States Trustee, except as disclosed in the Application and the Declaration and as follows, which the Court finds to be acceptable: The Agent has been employed and currently is by the Trustee to perform similar services in other bankruptcy cases on behalf of other bankruptcy estates, and the Trustee plans to continue to employ the Agent in the future.

2. The Application is hereby approved.

3. The Trustee is authorized to employ the Agent to perform the Services on a four percent (4%) commission basis, subject to further Order of this Court authorizing the sale of the Estate Property and the payment of commissions.

4. The Trustee is authorized to execute such documents and agreements and to take such action as the Trustee shall deem necessary or appropriate in connection with the employment of the Agent, including the execution of a listing agreement.

Date: Jul 9 2025

/s/ Stephen C St-John

Stephen C. St. John, Judge
United States Bankruptcy Court
   for the Eastern District of Virginia

Entered on Docket: Jul 9 2025

**WE ASK FOR THIS:**

/s/ *David R. Ruby*
David R. Ruby, Chapter 7 Trustee

**SEEN AND NO OBJECTION:**

Office of the United States Trustee

By: /s/ *Nicholas S. Herron*   (permission to affix electronic signature granted by email 07-09-25)
    Nicholas S. Herron
    Trial Attorney

Office of the United States Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, Virginia 23510

**Certification of Compliance with Local Rule 9022-1(C)**

    Pursuant to Local Rule 9022-1(C), I hereby certify that the foregoing Order has been served on and/or signed by all necessary parties.

/s/ *David R. Ruby*
David R. Ruby

**PARTIES TO RECEIVE COPIES**

Nicholas S. Herron, Esquire
Office of the U.S. Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, VA 23510

David R. Ruby, Esquire
*Thompson*McMullan, P. C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219

Ms. Evelyn C. Wilby
Reliance Realty, Inc.
703 Thimble Shoals Boulevard, C4
Newport News, Virginia 23606

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 22-50415-SCS
Henry Harold Pittman  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-6    User: JillGlenn    Page 1 of 2
Date Rcvd: Jul 09, 2025    Form ID: pdford9    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| RE | + Evelyn C. Wilby, Reliance Realty, Inc., 703 Thimble Shoals Blvd, C4, Newport News, VA 23606-2576 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion04.no.ecf@usdoj.gov | Jul 10 2025 00:56:00 | UST smg Newport News, Office of the U. S. Trustee, 200 Granby Street Room 625, Norfolk, VA 23510-1814 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 11, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:

**Name**    **Email Address**

Anastasia P. Kezman
            on behalf of Creditor Navy Federal Credit Union anastasiak10@cox.net

Carl A. Eason
            on behalf of Creditor Ford Motor Credit Company  LLC bankruptcy@wolriv.com

Carolyn Anne Bedi
            on behalf of Debtor Henry Harold Pittman Carolyn@bedilegal.com   maggie@bedilegal.com;bedicr72660@notify.bestcase.com

Daniel Kevin Eisenhauer

| | | |
|---|---|---|
| District/off: 0422-6 | User: JillGlenn | Page 2 of 2 |
| Date Rcvd: Jul 09, 2025 | Form ID: pdford9 | Total Noticed: 2 |

      on behalf of Creditor Pentagon Federal Credit Union ANHSOrlans@InfoEx.com ecfaccount@orlans.com

Daniel M. Press
      on behalf of Movant Felecia L. Norman-Pittman dpress@chung-press.com pressdm@gmail.com;danpress@recap.email

David R. Ruby
      on behalf of Trustee David R. Ruby druby@t-mlaw.com
      mclaiborne@t-mlaw.com;druby@iq7technology.com;ecf.alert+Ruby@titlexi.com

David R. Ruby
      druby@t-mlaw.com mclaiborne@t-mlaw.com;druby@iq7technology.com;ecf.alert+Ruby@titlexi.com

Francisco J. Cardona
      on behalf of Creditor U.S. Bank Trust National Association fcardona@raslg.com

Joseph Romano
      on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 c/o Select Portfolio Servicing  Inc. joseph.romano@bww-law.com,
      bankruptcy@bww-law.com

Keith M. Yacko
      on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 keiyacko@raslg.com
      ecfnotifications@mtglaw.com;kyacko@mtglaw.com

Keith M. Yacko
      on behalf of Creditor Legacy Mortgage Asset Trust keiyacko@raslg.com ecfnotifications@mtglaw.com;kyacko@mtglaw.com

Mark David Meyer
      on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity, but solely as trustee for MFRA Trust
      2015-1 bankruptcy@rosenberg-assoc.com

Matthew W. Cheney
      ustpregion04.no.ecf@usdoj.gov

Stuart Alan Schwager
      on behalf of Creditor Kingsview Village Homeowners Association saschwager@lerchearly.com lmsummers@lerchearly.com

TOTAL: 14