EXHIBIT "A" – DECLARATION

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Newport News Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Henry H. Pittman ) | Case No. 22-50415-SCS |
| ) | Chapter 7 |
| Debtor. ) | |

## DECLARATION

I, David R. Ruby, on behalf of *Thompson*McMullan, P.C. (the "**Attorney**"), and pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I serve as Chapter 7 trustee (the "**Trustee**") for the bankruptcy estate of Henry H. Pittman (the "**Estate**").

2. I serve as counsel to the Attorney – a law firm located in Richmond, Virginia. I am duly admitted to practice in the Commonwealth of Virginia and in this Court and am duly authorized to make this Declaration on behalf of the Attorney.

3. The Attorney is the law firm sought to be employed to represent the interests of the Trustee and the Estate in this bankruptcy case pursuant to the Application to which this Declaration is attached.

3. The Attorney is eminently qualified to serve as the Trustee's counsel because of its considerable experience in bankruptcy, creditors rights, real estate, business, tax and litigation matters and its other legal experience and expertise in matters upon which the Trustee may be required to call during the pendency of this bankruptcy case.

4. To the best of the Attorney's present knowledge, information and belief and except as disclosed below, it has no connection with Henry H. Pittman (the "**Debtor**"), creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee.

5.  The following additional disclosures are hereby made:

   (i)   The Attorney and/or employees of the Attorney, plus the Attorney's 401(k) plan, may hold securities issued by or in brokerage accounts held by one or more of the Debtor's creditors or other parties in interest, being large publicly-held companies; however, in no case is the amount of securities held significant in relation to market capitalization or number of shares issued and in no case is the amount of securities held significant such that the policies of and decisions made by either the Attorney or such company would be impacted thereby;

   (ii)  The Attorney and/or employees of the Attorney currently hold or have and may hold or have in the future typical deposit, loan, credit card and/or other banking relationships with one or more of the Debtor's creditors or other parties in interest which are institutional banks, lenders and credit card companies.  In no case is any such relationship significant such that the policies of and decisions made by either the Attorney or any such institution would be impacted thereby; and

   (iii) David R. Ruby serves as a member of the panel of Chapter 7 trustees for the Newport News Division of the United States Bankruptcy Court for the Eastern District of Virginia and serves as the Trustee in this case.

6.  The Attorney does not hold or represent an interest adverse to the Estate and the Attorney is a "disinterested person" as contemplated under § 101(14) of the United States Bankruptcy Code.

7.  No agreement or understanding exists between the Attorney and any other person for a division of the compensation to be received by the Attorney for its services rendered herein and no division of compensation shall be made by the Attorney.

I, David R. Ruby, hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on September 15, 2025

                                                              /s/ *David R. Ruby*
                                                              David R. Ruby