**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Henry H. Pittman | ) | Case No. 22-50415-SCS |
| | ) | Chapter 7 |
| Debtor. | ) | |

**NOTICE OF APPLICATION**

    David R. Ruby, Chapter 7 trustee in this case (the "**Trustee**"), has filed papers with the Court requesting the Court to authorize the Trustee to employ the law firm of *Thompson*McMullan, P.C. to represent the Trustee and the bankruptcy estate in this case. A copy of the Trustee's Application is attached.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the Court to grant the relief sought in the Application, or if you want the Court to consider your views on the Application, then you or your attorney must file a written response in opposition to the Application and supporting memorandum on or before the deadline stated below:

**NOTICE OF DEADLINE TO FILE A RESPONSE IN OPPOSITION**

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS APPLICATION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE TRUSTEE WITHIN TWENTY-ONE (21) DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED, TREAT THE APPLICATION AS CONCEDED AND ISSUE AN ORDER GRANTING THE REQUESTED RELIEF WITHOUT FURTHER NOTICE OR HEARING.**

_____
David R. Ruby, Esquire (VSB# 22703)
Chapter 7 Trustee
*Thompson*McMullan, P. C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 698-6220
Facsimile: (804) 780-1813
Email: druby@t-mlaw.com

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. The mailing address for the Clerk is as follows:

>Clerk of Court
>United States Bankruptcy Court
>600 Granby Street, 4th Floor
>Norfolk, Virginia 23510

Also, mail a copy of your response to:

>David R. Ruby, Esquire
>*Thompson*McMullan, P. C.
>100 Shockoe Slip, Third Floor
>Richmond, Virginia 23219
>Email: druby@t-mlaw.com

>Office of the United States Trustee
>200 Granby Street, Room 625
>Norfolk, Virginia 23510

If you or your attorney do not take these steps, including the filing and serving of a written response in opposition to the Application and supporting memorandum, within the time period and in the manner set forth above pursuant to Local Bankruptcy Rule 9013-1, the Court may deem any opposition waived, treat the Application as conceded, and issue an order granting the requested relief without further notice or hearing.

Date: September 16, 2025

>     /s/ *David R. Ruby*
>David R. Ruby, Chapter 7 Trustee
>
>David R. Ruby, Esquire (VSB #22703)
>*Thompson*McMullan, P.C.
>100 Shockoe Slip, Third Floor
>Richmond, Virginia 23219
>Telephone: 804-698-6220
>Email: druby@t-mlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September, 2025, a true and accurate copy of the foregoing Application, together with exhibits, were served by first class U.S. Mail (postage prepaid), via e-mail or via the Electronic Case Filing (ECF) system, as appropriate and as indicated, on the following parties plus those receiving service by ECF:

Nicholas S. Herron, Esquire*
Office of the U.S. Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, VA 23510
[nicholas.s.herron@usdoj.gov]
[USTPRegion04.NO.ECF@usdoj.gov]

David R. Ruby, Esquire*
*Thompson*McMullan, P. C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
[Trustee]

Carolyn Anne Bedi, Esquire*
Bedi Legal, P.C.
1305 Executive Blvd., Suite 110
Chesapeake, VA 23320
[Debtor's counsel]

Henry Harold Pittman
105 Larson Court
Newport News, VA 23602
[Debtor]

                                              /s/ *David R. Ruby*
                                                David R. Ruby

[* Indicates service by ECF or e-mail.  All others served by First Class U.S. Mail, postage prepaid.]