# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NEWPORT NEWS DIVISION

|  |  |
|---|---|
| IN RE:<br><br>**Henry Harold Pittman,**<br><br>**dba Global Business Connections 360,**<br><br>**dba Genesis Landscaping, LLC,**<br><br>    **Debtor.** | **CHAPTER 7**<br>**CASE NO.: 22-50415-SCS** |
| **SELENE FINANCE LP, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST**<br>                      Movant,<br>v.<br><br>**Henry Harold Pittman,**<br><br>**dba Global Business Connections 360,**<br><br>**dba Genesis Landscaping, LLC,**<br><br>    **Debtor,**<br><br>**AND**<br><br>**Felecia L. Pittman,**<br><br>    **Co-Debtor,**<br><br>**AND**<br><br>**David R. Ruby**<br><br>    **Trustee.**<br><br>                      Defendants. | FILED PURSUANT TO 11 U.S.C<br>SECTION 362 AND 1301(c)(3) |

## MOTION SEEKING RELIEF FROM STAY AND NOTICE OF HEARING THEREON
## (105 LARSON COURT, NEWPORT NEWS, VIRGINIA 23602)

Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 561-241-6901, ext. 52327
Email: taking@raslg.com
Counsel for Movant

NOTICE: Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before the 14th day from the date of service of this Motion, you or your attorney must:

File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

> United States Bankruptcy Court
> Eastern District of Virginia
> 2400 West Avenue,
> Newport News, Virginia

You must also send a copy to:

> By: /s/ Tata-Annie L. King
> Tata-Annie Latoya King - VA Bar No. 100892
> Robertson, Anschutz, Schneid, Crane &
> Partners, PLLC
> 11350 McCormick Road, EP 1, Suite 302
> Hunt Valley, MD 21031
> Phone: 470-321-7112, ext. 52355
> Email: taking@raslg.com
> Counsel for Movant

And to:

> Trustee
> David R. Ruby
> Thompson McMullan, P.C.
> 100 Shockoe Slip, Third Floor
> Richmond, VA 23219

Attend the hearing scheduled for November 21, 2025 at 9:30 a.m. Courtroom# 2 of the

---

Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 561-241-6901, ext. 52327
Email: taking@raslg.com
Counsel for Movant

U.S. Courthouse, 2400 West Avenue, Newport News, Virginia.

If you or your attorney do not take these steps, the Court may decide you do not oppose the relief sought in the Motion and may enter an Order Granting that Relief without holding a hearing.

## MOTION SEEKING RELIEF FROM STAY AND CO-DEBTOR STAY

Comes now Selene Finance LP, U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCAF Acquisition Trust (the "Movant"), a movant, by Counsel, and moves this Honorable United States Bankruptcy Court for Relief from the Stay imposed by 11 U.S.C. Sections 362(a) and 1301, and in support thereof, state as follows:

1. That this Motion is filed pursuant to 11 U.S.C. Sections 362(d) and Rules 4001 and 9014 of the Bankruptcy Rules, as hereinafter shall more fully appear.

2. Movant's claim is based upon a certain Note dated December 31, 2003 in the principal amount of $140,000.00 and executed by Henry Harold Pittman, the ("Debtor") and Felecia L. Pittman the ("Co-Debtor"). The total amount due, including the unpaid principal balance of $112,156.25 due under said Note as of July 05, 2022, interest of ($1,519.48) at the Note rate, late charges and attorney's fees and costs was approximately $130,672.52. A copy of an estimated payoff statement is attached hereto, marked as Exhibit A, as is a copy of the said Note, marked as Exhibit B. Repayment of said Note is secured by that certain Deed of Trust dated December 31, 2003 as Instrument # 070026118 among the land records of Newport News

---

Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 561-241-6901, ext. 52327
Email: taking@raslg.com
Counsel for Movant

County, Virginia, which property has the address of 105 Larson Court, Newport News, Virginia 23602 and which is more particularly described in the Deed of Trust as:

> All that certain lot, piece or parcel of land situate, lying and being City of Newport News, Virginia, known and designated as Lot Numbered ELEVEN (11), as shown on that certain plat entitled, "DEER RUN, SECTION TWO, CITY OF NEWPORT NEWS, VIRGINIA", dated February 24, 1992, made by Coenen & Associates, Inc., Engineers-Planners-Surveyors, and duly recorded in the Clerk's office of the Circuit Court for the City of Newport News, Virginia, in Deed Book 1276, page 1168, to which reference is here made.
>
> Subject, however, to any and all restrictions, easements, rights of way, agreements and conditions of record affecting said property.

A copy of said Deed of Trust and Assignment of Deed of Trust, if any, is attached hereto, marked as Exhibit C, and expressly made a part hereof.

    3.    Secured Creditor is the holder of the note ("noteholder"), and is either the original mortgagee, beneficiary or assignee of the security instrument for the referenced loan. Noteholder directly or through an agent has possession of the promissory note and the promissory note is either made payable to noteholder or has been duly endorsed.

    4.    That on July 5, 2022, the United States Bankruptcy Court for the Eastern District of Virginia entered an Order for Relief under 11 U.S.C. Chapter 13 upon a petition filed by Henry Harold Pittman, dba Global Business Connections 360, dba Genesis Landscaping, LLC, and converted to chapter 7 on December 6, 2023, Case No. 22-50415-SCS.

    5.    That Debtors have failed to make post-petition payments to Movant, and are therefore in default, post-petition as of October 24, 2025, as follows:

    10 regular monthly payments    $10,555.60

---

Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 561-241-6901, ext. 52327
Email: taking@raslg.com
Counsel for Movant

|  |  |
|---|---|
| @ $1,055.56 each (11/1/22 - 8/1/23) | |
| 10 regular monthly payments @ $1,253.59 each (9/1/23 - 6/1/24) | $12,535.90 |
| 9 regular monthly payments @ $1,262.29 each (7/1/24 - 3/1/25) | $11,360.61 |
| 7 regular monthly payments @ $1,258.20 each (4/1/25 - 10/1/25) | $8,807.40 |
| Estimated attorney's fees ($1350.00) and costs ($199.00) for representation in this proceeding | $1,549.00 |

**TOTAL   $44,808.51**

A copy of the post-petition payment history is attached hereto, marked as Exhibit D, and expressly made a part hereof.

6. By reason of the foregoing, Movant has cause for relief under 11 U.S.C. Section 362(d)(1) and 1301(c)(3) as Debtor has failed to timely tender post-petition payments. As such, cause exists for the termination of the stay thereof.

7. That Newport News County tax assessment states that the subject property has a current value of $356,300.00. A copy of the tax assessment is attached hereto, marked as Exhibit E, and expressly made a part hereof.

8. That upon entry of an Order terminating the stay of 11 U.S.C. Section 362(a), Movant should be free to take such actions with respect to the subject property as are set forth under applicable non-bankruptcy law (i.e. modification, short sale and other loss mitigation

---

Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 561-241-6901, ext. 52327
Email: taking@raslg.com
Counsel for Movant

options), and should be relieved from any further filing requirements pursuant to Fed. R. Bankr. P. 3002.1(b)-(c).

**THEREFORE**, Movant, prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301 so that the undersigned may proceed to enforce its security interest in the subject property by: (i) instituting or continuing foreclosure proceedings against the subject property in state court, (ii) allowing the successful purchaser at the foreclosure sale to obtain possession of the subject property, (iii) allowing it to take such other actions with respect to the subject property as are set forth under applicable non-bankruptcy law, (iv) relieving it, its successors and/or assigns from any further filing requirements pursuant to Fed. R. Bankr. P. 3002.1(b)-(c) if the stay is ultimately and unconditionally lifted or terminated, and (v) that the Order be binding and effective upon Debtor despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

## NOTICE OF INTENT TO SUBMIT BUSINESS RECORDS

Movant will submit business records as evidence at any scheduled hearing, as allowed under Fed. R. Bankr. P. 9017 and FRE 902(11). These business records and the declaration of their maintenance as business records are available for inspection by the adverse party upon demand.

_____
Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 561-241-6901, ext. 52327
Email: taking@raslg.com
Counsel for Movant

## NOTICE

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

**If you do not wish the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within 14 days from the date of service of this motion, you must file a written response explaining your position with the Court and serve a copy on Movant.  Unless a written response is filed and served within this 14-day period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**

**If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the expiration of the 14-day period.**

**You will be notified separately of the hearing date on the motion.**

Date: October 30, 2025.

By: /s/ Tata-Annie L. King
Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

---

Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 561-241-6901, ext. 52327
Email: taking@raslg.com
Counsel for Movant

# CERTIFICATE OF SERVICE

I certify that on October 30, 2025, a true copy of the foregoing Motion Seeking Relief from Stay was served upon all necessary parties by electronic mail or by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

**Debtor**
Henry Harold Pittman
105 Larson Court
Newport News, VA 23602
dba Global Business Connections 360
dba Genesis Landscaping, LLC

**Co-Debtor**
Felecia L. Pittman
105 Larson Court
Newport News, VA 23602

**Attorney for Debtor**
Carolyn Anne Bedi
Bedi Legal, P.C.
1305 Executive Blvd., Suite 110
Chesapeake, VA 23320

**Trustee**
David R. Ruby
Thompson McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, VA 23219

**U.S. Trustee**
Matthew W. Cheney
Office of the U.S. Trustee, Region 4 -NN

---

Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 561-241-6901, ext. 52327
Email: taking@raslg.com
Counsel for Movant

200 Granby Street, Room 625
Norfolk, VA 23510

Date: October 30, 2025.

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**

By: /s/ Tata-Annie L. King
Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

---

Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 561-241-6901, ext. 52327
Email: taking@raslg.com
Counsel for Movant