UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Henry H. Pittman ) | Case No. 22-50415-SCS |
| ) | Chapter 7 |
| Debtor. ) | |

## ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY

This matter comes before the Court on the *Trustee's Application to Employ Attorney* (the "**Application**")[1] filed by David R. Ruby, Chapter 7 trustee (the "**Trustee**") for the bankruptcy estate of Henry H. Pittman (the "**Estate**").  In the Application, the Trustee requests the Court's authority to employ the law firm of *Thompson*McMullan, P.C. (the "**Attorney**") to represent the Trustee and the Estate in this case pursuant to § 327 of the United States Bankruptcy Code and Fed. R. Bankr. P. 2014.

The Application was accompanied by the Declaration of David R. Ruby on behalf of the Attorney (the "**Declaration**") and a proposed Order.  Notice of the time-period within which objections must be filed followed (the "**Notice**"). The Application, Declaration, proposed Order and Notice are hereinafter referred to as the "**Application Package**".

All parties entitled to notice, namely the United States Trustee, Henry H. Pittman (the "**Debtor**") and Debtor's counsel, were served with the Application Package.

---

[1]  Capitalized terms used in this Order that are not otherwise defined in the Order shall have the same meanings as ascribed to them in the Application.

---

David R. Ruby, Esquire (VSB# 22703)
Chapter 7 Trustee
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 698-6220
Facsimile: (804) 780-1813
Email: druby@t-mlaw.com

The Notice included the following: (i) the time-period within which objections must be filed; and (ii) that the Court may issue an Order granting the relief requested in the Application without further notice or hearing if no responses or objections were filed within the requisite response period.

The time within which responses may be filed expired on October 10, 2025. No objections, responses or requests for a hearing have been filed.

The Application, Declaration and proposed Order have been reviewed on behalf of the United States Trustee, who has no objection to the relief requested.

IT APPEARING THAT, as set forth in the Application and the Declaration, the Attorney is disinterested, the Attorney does not hold or represent any interest adverse to the Estate and employment of the Attorney is in the best interests of the Estate;

IT APPEARING THAT the Attorney has no connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee other than as disclosed in the Declaration, which the Court finds to be acceptable;

IT APPEARING THAT all applicable parties have been served; and

UPON DUE CONSIDERATION AND FOR GOOD CAUSE SHOWN,

IT IS ORDERED that the Trustee's employment of *Thompson*McMullan, P.C. to represent the Trustee and the Estate in this Chapter 7 case on the terms and conditions set forth in the Application and in connection with the following matters is approved effective September 15, 2025: (i) compelling the Debtor to cooperate with the Trustee and the Agent in the performance of their respective duties; (ii) compelling the Debtor to turnover the Estate Property to the Trustee; (iii) seeking the Court's authority to sell the Estate Property; (iv) addressing other matters relating to the Estate Property as may be required or advisable; and (v) preparation,

filing, prosecution and/or defense of such applications, motions, complaints, objections and other pleadings as shall be necessary to implement or effectuate the foregoing and related matters.

IT IS FURTHER ORDERED that the Attorney is to be compensated for services performed and reimbursed for expenses incurred subject to the Application, future fee applications, applicable bankruptcy law and further order of this Court.

Date: __Nov 4 2025__

/s/ Stephen C St-John

Stephen C. St. John, Judge
United States Bankruptcy Court
   for the Eastern District of Virginia

Entered on Docket: __Nov 4 2025__

WE ASK FOR THIS:

__/s/ *David R. Ruby*__
David R. Ruby, Chapter 7 Trustee


SEEN AND NO OBJECTION:

Office of the United States Trustee

By: __/s/ *Nicholas S. Herron*__     (permission to affix electronic signature granted by email 11-04-25)
    Nicholas S. Herron
    Trial Attorney

Office of the United States Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, Virginia 23510


### Certificate of Compliance with Local Rule 9022-1

Pursuant to Local Rule 9022-1(C), I hereby certify that the proposed Order has been served on and/or signed by all necessary parties.

__/s/ *David R. Ruby*__
David R. Ruby

3

**PARTIES TO RECEIVE COPIES**

Nicholas S. Herron, Esquire
Office of the U.S. Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, Virginia 23510

David R. Ruby, Esquire
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219

Carolyn Anne Bedi, Esquire
Bedi Legal, P.C.
1305 Executive Blvd., Suite 110
Chesapeake, VA 23320

Henry Harold Pittman
105 Larson Court
Newport News, VA 23602