# EXHIBIT "B"

# SUPPLEMENTAL ORDER,
# AMENDED SUPPLEMENTAL ORDER &
# CONTEMPT JUDGMENT

E-SERVED Montgomery Circuit Court 5/17/2024 1:30 PM System SystemEnvelope:16494726

Case 22-50415-SCS   Doc 174-1   Filed 07/27/26   Entered 07/27/26 15:02:04   Montgomery Circuit Court
Exhibit(s) B - Maryland Divorce Court Order   Docket 5/17/2024 1:30 PM   Submission: 5/17/2024 1:30 PM
Envelope: 16494726

## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

FELECIA NORMAN-PITTMAN          :

    Plaintiff,          :

    v.          :          Case No. 176067-FL

HENRY PITTMAN          :

    Defendant.          :

### SUPPLEMENTAL ORDER

This matter came before the Court for a Review Hearing on January 12, 2024. Both parties appeared with counsel and testified. Upon consideration of the evidence and testimony presented to the Court and for those good and meritorious reasons stated on the record, it is this **16th** day of **January, 2024**, by the Circuit Court for Montgomery County, hereby

**ORDERED**, that as an adjustment of the parties' equities and rights with regard to marital property, the Defendant is granted a monetary award in the amount of Forty-Nine Thousand, Four Hundred and Thirty-Five Dollars and Eighty-Five Cents ($49,435.85), payable by the Plaintiff to the Defendant either upon the sale of the Newport News home, or the lifting of the stay on the sale of the Newport News home, whichever takes place at a later date. If not so paid at that time, judgement shall be entered against the Plaintiff in favor of the Defendant for any unpaid amount; and it is further

**ORDERED**, that the Defendant's interest in the Germantown home located at 24 Rockingham Court, Germantown, Maryland 20874, is transferred to the Plaintiff; and it is further

**ORDERED**, that the Newport News home located at 105 Larson Court, Newport News, Virginia 23602, shall be sold in lieu of partition, and Plaintiff and Defendant shall each receive fifty percent (50%) of the net proceeds of sale; and it is further

Entered: Clerk, Circuit Court for
Montgomery County, MD
May 17, 2024

**ORDERED**, that David Ruby, Esq., located at 100 Shockoe Slip, Richmond, VA 23219, (804) 649-7545, shall be and hereby is appointed as trustee pursuant to Maryland Rule 14-301(b), without the necessity of posting bond, to sell the Newport News property for the best reasonable price, with disbursement of the proceeds from the sale of the home stayed until a resolution of the Plaintiff's Petition for Contempt filed on December 5, 2023; and it is further

**ORDERED**, that the trustee be directed to comply with the applicable provisions of Maryland Rules 14-303(c); 14-305 and 14-306; and it is further

**ORDERED**, that Plaintiff's Motion for Attorneys' Fees filed on December 6, 2023 is GRANTED, and the Defendant shall pay One Thousand, Three Hundred and Twelve Dollars and Fifty Cents ($1,312.50) to the Plaintiff upon the sale of the Newport News home or the lifting of the stay on the sale of the Newport news home, whichever takes place later

**ORDERED**, that the Plaintiff's Motion for Attorney's Fees filed on December 13, 2023 is DENIED; and it is further

**ORDERED**, that the Trustee's fees, as well as any reasonable attorney fees incurred by the Trustee in relation to the sale, shall be paid from the sale proceeds and, in case the sale revenue is insufficient, divided and paid equally between the parties.

**Marybeth Ayres, JUDGE**
Circuit Court for Montgomery County, Maryland

Entered: Clerk, Circuit Court for
Montgomery County, MD
May 17, 2024

E-SERVED Montgomery Circuit Court 1/13/2025 3:55 PM System SystemEnvelope:19518009

Case 22-50415-SCS   Doc 174-1   Filed 07/27/26   Entered 07/27/25 Montgomery Circuit Court
Exhibit(s) B - Maryland Divorce Docket:1/13/2025 3:55 PM Submission: 1/13/2025 3:55 PM
Docket: 12/19/2024 1:22 PM; Submission: 12/19/2024 1:22 PM
Envelope: 19255275
Envelope: 19518009

## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

FELECIA NORMAN-PITTMAN         :

    Plaintiff                    :

    vs.                        :            Case No. 176067-FL

HENRY PITTMAN               :

    Defendant              :

### ORDER

Upon consideration of the Plaintiff's Motion to Amend Supplemental Order dated May 17, 2024 to Remove Trustee, and any opposition thereto and for good cause shown, it is this 13th day of January, 2025, by the Circuit Court for Montgomery County, Maryland, hereby:

**ORDERED,** that the Plaintiff's Motion to Amend Supplemental Order dated May 17, 2024 to Remove Trustee be and hereby is **GRANTED**, and it is further;

**ORDERED,** that Supplemental Order dated May 17, 2024 shall be amended as follows: David Ruby, Esquire is removed as Trustee in this case, and it is further;

**ORDERED,** that the Supplemental Order dated May 17, 2024 shall remain in full effect except as Amended.

JUDGE, Circuit Court for
Montgomery County, Maryland

Entered: Clerk, Circuit Court for
Montgomery County, MD
January 13, 2025

**IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**

FELECIA NORMAN-PITTMAN      :
    Plaintiff

                             :

vs.      Case No.: FL 176067

                             :

HENRY PITTMAN
    Defendant      :

## ORDER

This matter having come before the undersigned Family Magistrate on December 16, 2024 on the Plaintiff's Petition for Contempt (filed July 15, 2024), a show cause Order having been issued and served on Defendant's counsel, the Plaintiff having appeared with counsel, the Defendant's counsel having appeared, the Defendant having failed to appear, and testimony having been taken and other evidence received, the Magistrate having given findings and proposed oral recommendations on December 23, 2024 pursuant to Maryland Rule of Procedure 9-208, and the entire proceedings having been considered, it is by the Circuit Court for Montgomery County, Maryland,

    **ORDERED,** that the Defendant's Motion to Continue (filed on Dec. 22, 2024) is **DENIED**; and it is further

    **ORDERED**, that the Plaintiff's Petition for Contempt is **GRANTED**; and it is further

    **ORDERED**, that the Defendant is hereby found to be in contempt of the Court Order entered on June 14, 2024 for failure to sign and provide the Amended Military Retirement Pay Order; and it is further

    **ORDERED**, that the Defendant may purge himself of the finding of contempt by signing and returning the Amended Military Retirement Pay Order within 7 days of entry of this Order directly to the Plaintiff's attorney; and it is further

    **ORDERED**, that the Court shall appoint William J. Prunka, Esq., located at 110 N. Washington Street, Suite 404, Rockville, MD 20850, 301-579-3123, as trustee and attorney-in-fact for Henry Pittman for the purpose of executing the Amended Military Retirement Pay Order; and it is further

Entered: Clerk, Circuit Court for
Montgomery County, MD
January 10, 2025

Norman-Pittman v. Pittman                    2                              FL 176067

**ORDERED**, that if Defendant fails to comply with the purge provision, then the Defendant, Henry Pittman, is subject to a sanction, specifically that he shall be responsible for paying the reasonable costs and fees incurred by the trustee and attorney-in-fact in carrying out his duties pursuant to this Order; and it is further

**ORDERED**, that the Defendant is hereby found to be in contempt of the Court Order entered on June 14, 2024 for failure to pay the $1,500.00 per month directly to the Plaintiff; and it is further

**ORDERED**, that the Defendant may purge himself of the finding of contempt by paying $10,500.00 directly to the Plaintiff within 30 days of entry of this Order; and it is further

**ORDERED**, that if the Defendant fails to comply with the purge provision, then he is subject to a sanction, specifically, that judgment shall be entered in favor of the Plaintiff and against the Defendant in the amount of $10,500.00 upon written request of the Plaintiff; and it is further

**ORDERED**, that the Plaintiff is awarded attorney fees in the amount of $5,921.25, which shall be reduced to judgment in favor of the Plaintiff and against the Defendant; and it is further

**ORDERED**, counsel for Defendant's motion to be stricken as counsel for Defendant is **GRANTED** and that the appearance of Mr. Amissah is hereby stricken as counsel for the Defendant; and it is further

**ORDERED**, that the Plaintiff's Third Motion for Attorney's Fees (filed on December 13, 2024) is **MOOT**.

_David W. Lease_
JUDGE, CIRCUIT COURT FOR
MONTGOMERY COUNTY, MARYLAND

THIS IS A PROPER ORDER
TO BE SIGNED

_SARAH I. MALIK_
Family Magistrate

Entered: Clerk, Circuit Court for
Montgomery County, MD
January 10, 2025