**Exhibit "C" – Notice**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Henry H. Pittman | ) | Case No. 22-50415-SCS |
| | ) | Chapter 7 |
| Debtor. | ) | |

**NOTICE OF MOTION AND INTENT TO SELL ESTATE PROPERTY FREE AND
CLEAR OF LIENS, TO PAY COMMISSIONS AND SALE-RELATED EXPENSES
AND FOR RELATED AND ANCILLARY RELIEF; PRIVATE SALE NOTICE;
NOTICE OF PERIOD WITHIN WHICH OBJECTIONS MAY BE FILED;
<u>AND NOTICE OF HEARING</u>**

David R. Ruby, Chapter 7 trustee (the "**Trustee**") for the bankruptcy estate of Henry H. Pittman (the "**Estate**"), has filed papers with the Court requesting the Court (i) to authorize the Trustee to sell certain property of the bankruptcy estate free and clear of liens in a private sale; (ii) to authorize the payment of commissions and other sale-related expenses and closing costs; and (iii) for related and ancillary relief. A copy of the Trustee's motion, together with a copy of the real estate contract and other exhibits, may be obtained from the Trustee or through the Court's ECF system.

Subject to objections filed within the period prescribed in this Notice and approval of the Court, the Trustee intends to sell the residential real property located at **105 Larson Court, Newport News, VA 23602**, together with personal property and fixtures located on or at the property, and hereby provides the following notice:

**<u>Summary of Terms and Conditions of Private Sale:</u>**
- **Purchase Price:** $285,000.00.
- **Purchaser:** Toan V. Nguyen
- **Agent Commissions:** Four percent (4%) to Evelyn C. Wilby of Reliance Realty, Inc.; No commissions to be paid or due to purchaser's agent.
- **Conditions:** Subject to financing and Court approval.
- **Inspection/Property Condition:** No inspection. "AS IS" sale. No repairs.
- **Title:** Free and clear of liens. Conveyance by Special Warranty Deed.
- **Settlement:** On or before the later of (i) September 9, 2026 or (ii) within five (5) days of entry of Court's Order approving sale.

Counsel for Chapter 7 Trustee
David R. Ruby, Esquire (VSB# 22703)
Chapter 7 Trustee
*Thompson*McMullan, P. C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 698-6220
Facsimile: (804) 780-1813
Email: druby@t-mlaw.com

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then you or your attorney must (i) file a written response in opposition to the motion and supporting memorandum on or before the deadline stated below and (ii) attend the hearing on the motion scheduled for the date, time and location stated below.

## NOTICE

**UNDER LOCAL BANKRUPTCY RULE 9013-1, UNLESS A WRITTEN RESPONSE IN OPPOSITION TO THIS MOTION AND SUPPORTING MEMORANDUM ARE FILED WITH THE CLERK OF COURT AND SERVED ON THE TRUSTEE WITHIN TWENTY-ONE (21) DAYS OF THE SERVICE OF THIS NOTICE, THE COURT MAY DEEM ANY OPPOSITION WAIVED AND TREAT THE MOTION AS CONCEDED.**

**A HEARING TO CONSIDER THE RELIEF REQUESTED IN THIS MOTION IS SCHEDULED FOR AUGUST 21, 2026 AT 9:30 A.M. THE HEARING WILL TAKE PLACE AT THE UNITED STATES BANKRUPTCY COURT, UNITED STATES COURTHOUSE, 2400 WEST AVENUE, NEWPORT NEWS, VIRGINIA 23607.**

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. The mailing address for the Clerk is as follows:

Clerk of Court
United States Bankruptcy Court
600 Granby Street, 4th Floor
Norfolk, Virginia 23510

Also, mail a copy of your response to:

David R. Ruby, Esquire
Chapter 7 Trustee
*Thompson*McMullan, P. C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Email: druby@t-mlaw.com

Office of the United States Trustee
200 Granby Street, Room 625
Norfolk, Virginia 23510

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an Order granting that relief.

Date: July 27, 2026

David R. Ruby, Chapter 7 Trustee

By: ___/s/ *David R. Ruby*_____
    Counsel


David R. Ruby, Esquire (VSB# 22703)
Chapter 7 Trustee
*Thompson*McMullan, P. C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 698-6220
Facsimile: (804) 780-1813
Email: druby@t-mlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2026, a true and accurate copy of the foregoing Notice was served by first class U.S. Mail (postage prepaid), via e-mail or via the Electronic Case Filing (ECF) system, as appropriate and as indicated, on the following parties, being the Debtor and Debtor's counsel, the Trustee, the United States Trustee, the purchaser and purchaser's agent, the Trustee's agent, all parties claiming an interest in any of the property proposed to be sold and all creditors and indenture trustees, plus those receiving notice by ECF:

Nicholas S. Herron, Esquire*
Office of the U.S. Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, VA 23510
[nicholas.s.herron@usdoj.gov]
[USTPRegion04.NO.ECF@usdoj.gov]

David R. Ruby, Esquire*
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
[Trustee]

Ms. Evelyn C. Wilby*
Reliance Realty, Inc.
703 Thimble Shoals Boulevard, C4
Newport News, Virginia 23606
[evelynwilby@gmail.com]
[evelyn@insight4title.com]
[Agent]

Toan V. Nguyen
c/o Nina U. Nguyen
Fathom Realty LLC
11851 Fountain Way, #300
Newport News, VA 23606
[Purchaser]

Nina U. Nguyen
Fathom Realty LLC
11851 Fountain Way, #300
Newport News, VA 23606
[Purchaser's agent]

Carolyn Anne Bedi, Esquire*
Bedi Legal, P.C.
1305 Executive Blvd., Suite 110
Chesapeake, VA 23320
[Debtor's counsel]

Henry Harold Pittman
105 Larson Court
Newport News, VA 23602
[Debtor]

A.J. Amissah, Esquire
6305 Ivy Lane, Suite 280
Greenbelt, MD, 20770
[Debtor's divorce counsel]

Tata-Annie Latoya King, Esquire*
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
[Counsel for Selene Finance LP, U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCAF Acquisition Trust]

Selene Finance LP
3501 Olympus Boulevard, Suite 500
Dallas, TX 75019
[Lienholder]

Daniel M. Press, Esquire*
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
[Counsel for Felicia L. Norman-Pittman]

Larry N. Burch, Esquire
Houlon, Berman, Finci & Levenstein, LLC
7850 Walker Drive, Suite 160
Greenbelt, Maryland 20770
[Counsel for Felicia L. Norman-Pittman]

Felicia L. Norman-Pittman
24 ROCKINGHAM CT
GERMANTOWN MD 20874
[Co-owner]

Deer Run Homes Association, Inc.
P.O. Box 2015
Newport News, Virginia 23609
[Homeowners' Association – Potential Lienholder]

Deer Run Homes Association
1166 Jamestown Road, Suite B
Williamsburg, VA 23188
[Homeowners' Association – Potential Lienholder]

EMMANUEL MOUHTEROS
126 STRAWBERRY LANE
NEWPORT NEWS, VA, 23602
[President, Deer Run Homes Association]

William W Sleeth III, Esquire
5425 Discovery Park Blvd, Suite 200
WILLIAMSBURG, VA 23188-2951
[Registered Agent, Deer Run Homes Association]

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Comptroller of Maryland
Annapolis, Maryland 21409

Comptroller of the Treasury
Compliance Division - Bankruptcy Unit
301 West Preston Street, Room 409
Baltimore, MD 21201-2383

Daniel K. Eisenhauer, Esq.
Orlans PC
PO Box 2548
Leesburg, VA 20177

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Department of the Treasury
Internal Revenue Service
Kansas City, MO 64999-0025

Extra Space Storage
4950 Nicholson Ct,
Kensington, MD 20895

Ford Motor Credit Company
P.O. Box 105704
Atlanta, GA 30348-5704

Ford Motor Credit Company
c/o Wolcott Rivers Gates
Carl A. Eason, Esq.
200 Bendix Road, Suite 300
Virginia Beach, VA 23452

Ford Motor Credit Company, LLC
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Kimberly B. Stephens
Comptroller of Maryland
301 West Preston Street, Room 410
Baltimore, MD 21201-2383

Kingsview Village HOA
20440 Century Blvd., Suite 100
Germantown, Maryland 20874

Kingsview Village Homeowners Association
c/o Stuart A. Schwager, Esq.
Lerch Early & Brewer, Chtd.
7600 Wisconsin Ave., Ste. 700
Bethesda, MD 20814

Legacy Mortgage Asset Trust
Robertson, Anschutz, Schneid, & Crane PL
13010 Morris Rd., Suite 450
Alpharetta, GA 30004

Legacy Mortgage Asset Trust
Robertson, Anschutz, Schneid, & Crane PL
13010 Morris Rd., Suite 450
Alpharetta, GA 30004

Legacy Mortgage Asset Trust 2020-GS4
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Legacy Mortgage Asset Trust 2020-GS4
c/o Joshua Aaron Moger, Esq.
BWW Law Group
8100 Three Chopt Road, Suite 240
Richmond, VA 23229

Mary F. Balthasar Lake
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229

Navy Federal Credit Union
PO Box 3000
Merrifield, VA 22119

Pentagon Federal Credit Union
P.O. Box 1432
Alexandria, VA 22313

Planet Home Lending
321 Research Parkway, Suite 303
Meriden, CT 06450

5

RAS Crane & Partners, PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004

Regus - Bethesda Metro
3 Bethesda Metro Center, #70
Bethesda, MD 20814

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

U. S. Attorney
101 W. Main Street, #800
Norfolk, VA 23510

U.S. Bank Trust National Association
Robertson, Anschutz, Schneid, & Crane PL
13010 Morris Rd., Suite 450
Alpharetta, GA 30004

Wilmington Trust, National Association
c/o Mark David Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Wilmington Trust, National Association
Planet Home Lending, LLC
321 Research Pkwy., Ste. 303
Meriden, CT 06450

 

      /s/ *David R. Ruby*
      David R. Ruby

[* Indicates service by ECF or e-mail.  All others served by First Class U.S. mail, postage prepaid.]

6