**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Henry H. Pittman | ) | Case No. 22-50415-SCS |
| | ) | Chapter 7 |
| Debtor. | ) | |

**TRUSTEE'S REPORT OF THE SALE OF ESTATE PROPERTY**

David R. Ruby, Chapter 7 trustee (the "**Trustee**") for the bankruptcy estate of Henry H. Pittman (the "**Estate**"), hereby respectfully submits the following report on the sale of Estate property pursuant to Fed. R. Bankr. P. 6004(f)(1) and Local Rule 6004-2(D):

1. By the Court's *Order Approving Sale of Estate Property Free and Clear of Liens, Authorizing Payment of Commissions and Sale-Related Expenses and Granting Related and Ancillary Relief* entered on August 24, 2026 (Doc. 178) (the "**Sale Order**"), the Court authorized the Trustee to sell the residential real property located at 105 Larson Court, Newport News, VA 23602, together with personal property and fixtures located on or at the property (the "**Estate Property**"), to Toan V. Nguyen (the "**Purchaser**").

2. The closing took place on September 11, 2026. Funds were wired to the Estate's bank account established and maintained by the Trustee in this case on September 14, 2026. Copies of the HUD Settlement Statement and Wire Receipt are attached hereto as **Exhibit "A"**.

---

David R. Ruby, Esquire (VSB# 22703)
Chapter 7 Trustee
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 698-6220
Facsimile: (804) 780-1813
Email: druby@t-mlaw.com

3. As reflected in the Settlement Statement and Wire Receipt, the Trustee received net proceeds from the sale of the Estate Property in the amount of $86,859.76 plus $5,000.00 allocated towards payment of Trustee legal fees for total wired funds in the amount of $91,859.76 (the "**Wired Funds**").

4. Pursuant to *Amended Schedule C* (Doc. 179) filed by Henry H. Pittman (the "**Debtor**"), the Debtor has claimed a $25,000 exemption against the Estate Property (the "**Exemption Claim**"). The Sale Order authorizes the Trustee to satisfy the Exemption Claim from the Wired Funds.

5. In connection with the sale of the Estate Property, the Debtor and the Purchaser entered into *Seller's Possession Agreement* dated September 1, 2026 (the "**Possession Agreement**"). The Possession Agreement provides, in part, (i) for the Debtor to remain in possession of the Estate Property post-closing for a period of thirty (30) days and (ii) for the Debtor to pay $2,200 in rent and a $1,000 security deposit to the Purchaser. The Trustee is not a party to the Possession Agreement.

6. To facilitate the sale of the Estate Property, to assist the Debtor and to ensure payment of the rent and security deposit, the parties agreed that the Trustee would make payment on the Debtor's behalf utilizing a portion of the Exemption Claim.

7. From the Wire Funds, the Trustee has made the following disbursements, constituting satisfaction of the Exemption Claim:

| | |
|---|---|
| To the Purchaser: | $3,200 |
| To the Debtor: | $21,800 |
| **Total:** | **$25,000** |

Respectfully submitted,

/s/ *David R. Ruby*
David R. Ruby, Chapter 7 Trustee

Date of Report: September 22, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September, 2026 a true and accurate copy of the foregoing Report of Sale was served by first class U.S. Mail (postage prepaid), via e-mail or via the Electronic Case Filing (ECF) system, as appropriate and as indicated, on the following parties plus those receiving service by ECF:

Nicholas S. Herron, Esquire*
Office of the U.S. Trustee
Room 625, Federal Building
200 Granby Street
Norfolk, VA 23510
[nicholas.s.herron@usdoj.gov]
[USTPRegion04.NO.ECF@usdoj.gov]

David R. Ruby, Esquire*
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
[Trustee]

Carolyn Anne Bedi, Esquire*
Bedi Legal, P.C.
1305 Executive Blvd., Suite 110
Chesapeake, VA 23320
[Debtor's counsel]

Henry Harold Pittman
105 Larson Court
Newport News, VA 23602
[Debtor]

/s/ *David R. Ruby*
David R. Ruby

[* Indicates service by ECF or e-mail. All others served by first class U.S. Mail, postage prepaid.]

# EXHIBIT "A"

# HUD SETTLEMENT STATEMENT & WIRE RECEIPT

# A. Settlement Statement

U.S. Department of Housing and Urban Development
OMB Approval No. 2502-0265

| B. Type of Loan | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|
| 1. ☐FHA 2. ☐FmHA 3. ☐Conv. Unins. 4. ☐VA 5. ☐Conv. Ins. | 26-07-23PS | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U. S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 09/10/2026 at 14:45 PS

D. NAME OF BORROWER: Toan V. Nguyen
ADDRESS:

E. NAME OF SELLER: David R. Ruby, TTEE for H H Pittman
ADDRESS:

F. NAME OF LENDER: CASH
ADDRESS:

G. PROPERTY ADDRESS: 105 Larson Court, Newport News, VA 23602

H. SETTLEMENT AGENT: Insight Title and Settlement Services, LLC
PLACE OF SETTLEMENT: 11836 Fishing Pt. Dr. Ste 200, Newport News, VA 23606

I. SETTLEMENT DATE: 09/11/2026

## J. SUMMARY OF BORROWER'S TRANSACTION:

| | |
|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | |
| 101. Contract sales price | 285,000.00 |
| 102. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 3,813.69 |
| 104. | |
| 105. | |
| **Adjustments for items paid by seller in advance** | |
| 106. City/town taxes | |
| 107. County taxes | |
| 108. Assessments | |
| 109. HOA Credit 09/11/26 to 12/31/26 | 55.23 |
| 110. | |
| 111. | |
| 112. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 288,868.92 |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | |
| 201. Deposit or earnest money | 5,000.00 |
| 202. Principal amount of new loans | |
| 203. Existing loan(s) taken subject to | |
| 204. | |
| 205. | |
| 206. | |
| 207. | |
| 208. | |
| 209. | |
| **Adjustments for items unpaid by seller** | |
| 210. City/town taxes 07/01/26 to 09/11/26 | 896.17 |
| 211. County taxes | |
| 212. Assessments | |
| 213. | |
| 214. | |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 5,896.17 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | |
| 301. Gross amount due from borrower (line 120) | 288,868.92 |
| 302. Less amounts paid by/for borrower (line 220) | 5,896.17 |
| **303. CASH FROM BORROWER** | 282,972.75 |

## K. SUMMARY OF SELLER'S TRANSACTION:

| | |
|---|---|
| **400. GROSS AMOUNT DUE TO SELLER** | |
| 401. Contract sales price | 285,000.00 |
| 402. Personal Property | |
| 403. | |
| 404. | |
| 405. | |
| **Adjustments for items paid by seller in advance** | |
| 406. City/town taxes | |
| 407. County taxes | |
| 408. Assessments | |
| 409. HOA Credit 09/11/26 to 12/31/26 | 55.23 |
| 410. | |
| 411. | |
| 412. | |
| **420. GROSS AMOUNT DUE TO SELLER** | 285,055.23 |
| **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 501. Excess Deposit (see instructions) | |
| 502. Settlement charges to seller (line 1400) | 20,559.61 |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff:2005116777 Selene Finance LP | 165,126.63 |
| 505. Divorce Award FELECIA PITTMAN | 11,613.06 |
| 506. | |
| 507. | |
| 508. | |
| 509. | |
| **Adjustments for items unpaid by seller** | |
| 510. City/town taxes 07/01/26 to 09/11/26 | 896.17 |
| 511. County taxes | |
| 512. Assessments | |
| 513. | |
| 514. | |
| 515. | |
| 516. | |
| 517. | |
| 518. | |
| 519. | |
| **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 198,195.47 |
| **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 601. Gross amount due to seller (line 420) | 285,055.23 |
| 602. Less reduction amount due seller (line 520) | 198,195.47 |
| **603. CASH TO SELLER** | 86,859.76 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed. Tax ID No: ______________) with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN: ______ - ______ - ______ / ______ - ______ - ______ SELLER(S) SIGNATURE(S): ______________________ / ______________________

SELLER(S) NEW MAILING ADDRESS: ______________________________________

SELLER(S) PHONE NUMBERS: ______________________ (H) ______________________ (W)

Previous editions are obsolete

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT File Number: 26-07-23 PAGE 2

SETTLEMENT STATEMENT TitleExpress Settlement System Printed 09/10/2026 at 14:15 PS

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $285,000.00 @ 4.000 = 11,400.00 | | |
| Division of commission (line 700) as follows: | | |
| 701. $ 11,400.00 to Reliance Realty Inc. | | |
| 702. $ to | | |
| 703. Commission paid at Settlement | | 11,400.00 |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | |
| 801. Loan Origination Fee % | | |
| 802. Loan Discount % | | |
| 803. Appraisal Fee | | |
| 804. Credit Report | | |
| 805. Lender's Inspection Fee | | |
| 806. Mortgage Application Fee | | |
| 807. Assumption Fee | | |
| 808. | | |
| 809. | | |
| 810. | | |
| 811. | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901. Interest From to @$ /day | | |
| 902. Mortgage Insurance Premium for to | | |
| 903. Hazard Insurance Premium for to | | |
| 904. | | |
| 905. | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | |
| 1001. Hazard Insurance mo. @ $ /mo | | |
| 1002. Mortgage Insurance mo. @ $ /mo | | |
| 1003. City Property Tax mo. @ $ 376.48 /mo | | |
| 1004. County Property Tax mo. @ $ /mo | | |
| 1005. Annual Assessments mo. @ $ 15.00 /mo | | |
| 1009. Aggregate Analysis Adjustment | 0.00 | 0.00 |
| 1100. TITLE CHARGES | | |
| 1101. Settlement or closing fee to Insight Title and Settlement Services, LLC | 400.00 | |
| 1102. Abstract or title search to Insight Title and Settlement Services, LLC | 250.00 | |
| 1103. Title examination | | |
| 1104. Title insurance binder to Insight Title and Settlement Services, LLC | 250.00 | |
| 1105. Update/Record to Extreme Title | 75.00 | |
| 1106. Trustee Legal Fees to David R. Ruby, Trustee | | 5,000.00 |
| 1107. Attorney's fees | | |
| (includes above items No: ) | | |
| 1108. Title Insurance to Chicago Title Insurance Company | 1,464.36 | |
| (includes above items No: ) | | |
| 1109. Lender's Policy | | |
| 1110. Owner's Policy 285,000.00 - 1,464.36 | | |
| 1111. seller-Release Admin Fee to Insight Title and Settlement Services, LLC | | 100.00 |
| 1112. Require to ReQuire | | 45.00 |
| 1113. Courier, Payoffs(2) Proceeds to Insight Title and Settlement Services, LLC | | 200.00 |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201. Recording Fees Deed $ 69.00 ; Mortgage $ ; Release $ | 69.00 | |
| 1202. City/County tax/stamps Deed $ 308.67 ; Mortgage $ | 308.67 | |
| 1203. State tax/stamps Deed $ 926.00 ; Mortgage $ | 926.00 | |
| 1204. Grantors Tax to Newport News Co Clerk of the Circuit Court | | 370.50 |
| 1205. HRRT Fee to Newport News Co Clerk of the Circuit Court | | 222.24 |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | |
| 1301. Survey | | |
| 1302. Seller-HOA 1/1/26-12/31/26 to Deer Run Homes Association | | 762.91 |
| 1303. BUYER-SET UP FEE to Town Management | 70.66 | |
| 1304. HOA Judgment payoff to Deer Run Homes Association | | 2,194.01 |
| 1305. Taxes due 12/5/26 2185.36 | | |
| 1306. Storm water due 12/5/26 73.50 | | |
| 1307. Reimbursement HOA Package to Evelyn Wilby | | 264.95 |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K) | 3,813.69 | 20,559.61 |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Toan V. Nguyen

David R. Ruby, Trustee for Bankruptcy Estate of Henry H. Pittman 9/10/26

David R. Ruby, TTEE for HH Pittman

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT: ______ DATE: 9-11-26

Outlook

## 9/15/2026 5:37:57 AM Incoming Wire was created. Transaction Added

**From** Title XI Support <support@titlexi.com>
**Date** Tue 9/15/2026 8:38 AM
**To** Movita Claiborne <mclaiborne@t-mlaw.com>; David R. Ruby <druby@t-mlaw.com>

Hello,

The below Incoming Wire has been received by Webster Bank, NA and posted to the register. Please review Payer and category code and Form2 memo:

| | |
|---|---|
| Case: | 22-50415 |
| Case Name: | Henry Harold Pittman |
| Account: | *3764 |
| Amount: | $91,859.76 |
| Transaction Date: | 9/14/2026 |
| Incoming Wire was created. | INCOMING WIRE COASTAL SETTLEMENT LLC VA ESCROW AC OLD DOMINION NATL NOTPROVI DED 101533223 |

--
Thank you,

Title XI
support@titlexi.com
(855) TitleXI

*Title XI Software Solutions is a software and support company supplying secure cloud-based case management software as well as electronic discovery and litigation support to bankruptcy trustees, fiduciaries, and professionals. We are not attorneys and any communication from Title XI is not intended to provide legal advice.*

============================= ==============================

==================

The information in this e-mail and any attachments are for the sole use of the intended recipient and may contain privileged or confidential information. Delivery to other than the intended recipient shall not be deemed to waive any privilege. Any unauthorized use, disclosure, copying or distribution of this message or attachment is strictly prohibited. If you believe that you have received this e-mail in error, please contact the sender immediately and delete the e-mail and all of its attachments.

============================== ==============================
==================